No. D–1219. IN RE DISBARMENT OF BABIC. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1251. IN RE DISBARMENT OF GOURLEY. It is ordered that Joseph D. J. Gourley, of Wayne, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–6849. BETKA v. A–T INDUSTRIES, INC., ET AL. Sup. Ct. Ore. Motion for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 906] denied.

No. 92–7589. LACHANCE ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 19, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–1337. IN RE BRANSON;
No. 92–7537. IN RE MCKINZY; and
No. 92–7761. IN RE RETTIG. Petitions for writs of mandamus denied.

No. 92–1223. UNITED STATES DEPARTMENT OF DEFENSE ET AL. v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 5th Cir. Certiorari granted. 

No. 92–1292. CAMPBELL, AKA SKYYWALKER, ET AL. v. ACUFF-ROSE MUSIC, INC. C. A. 6th Cir. Motion of Capitol Steps Productions, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to the following question: "Whether petitioners' commercial parody was a 'fair use' within the meaning of 17 U. S. C. § 107?" 

No. 92–960. MCAUSLAND ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–970. WOODS PETROLEUM CORP. v. CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA ET AL.; and